```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEAGAN K. GOLDEN,

                    Plaintiff,                14 **CIVIL** 6636 (CRK)

        -v-                                              **JUDGMENT**

OSG SHIP MANAGEMENT, INC. and
OVERSEAS ST HOLDING LLC,
                    Defendants.
------------------------------------------------------------X

A Jury Trial before the Honorable Claire R. Kelly, United States District Judge, sitting by designation, having begun on November 14, 2017, and at the conclusion of the trial, on November 20, 2017, the jury having rendered a verdict in favor of the Plaintiff for: (1) past lost earnings (including benefits) in the amount of $237,194; (2) past pain and suffering in the amount of $500,000; (3) future lost earnings (including benefits) in the amount of $2,175,000; and (4) future pain and suffering in the amount of $1,500,000, for a total amount of $4,412,194.00, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiff have judgment in the sum of $4,412,194.00 as against the Defendants.

DATED: New York, New York
              November 30, 2017

                                                          **RUBY J. KRAJICK**

So Ordered:                                                 **Clerk of Court**

/s/ Claire R. Kelly                         BY:

Sitting by Designation
    **U.S.D.J.**                                                   **Deputy Clerk**